



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
APRIL 16, 2024 SESSION

FILED
APR 16 2024

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-cr-00067
   21 U.S.C. § 841(a)(1)

TERRIC ZAIRE WILLIAMS

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about March 28, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant TERRIC ZAIRE WILLIAMS knowingly and intentionally distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about March 29, 2023, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant TERRIC ZAIRE WILLIAMS knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

WILLIAM S. THOMPSON
United States Attorney

By: /s/ Shamblin
LESLEY SHAMBLIN
Assistant United States Attorney